

Peter T. Shapiro
77 Water Street, Suite 2100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

November 25, 2021

**VIA ECF**
Hon. Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *Crosson v. Perez Hilton Management, Inc.*
     Case No. 21-cv-03642-AMD-RML

Dear Judge Levy:

    I am counsel for Defendant. The Court's November 10, 2021 order directed that by November 26 Defendant should file a motion for leave to file an untimely answer. I write with the consent of Plaintiff's counsel to request that the Court excuse Defendant from that obligation in view of the settlement in principle reached by the parties this week. Based on the settlement, I request that all deadlines in the case be suspended including the due date for a response to the complaint *sine die.*. We are working on the settlement papers now and hope to be in a position to submit a proposed Consent Decree for Court approval within the next 20 days. The Consent Decree would address the ADA access issues raised by the Complaint. Thank you for your attention to this matter.

                                                 Respectfully,

                                                 *Peter T. Shapiro*

                                                 Peter T. Shapiro of
                                                 LEWIS BRISBOIS BISGAARD &
                                                 SMITH LLP

cc:  Counsel for Plaintiff (via ECF)

---